NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GENE SMITH,                          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-3704
                                     )
FLORIDA HOSPITAL ZEPHYRHILLS,        )
INC.,                                )
                                     )
          Appellee.                  )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pasco
County; Linda H. Babb, Judge.

James M. Ragano of Stockham Law Group,
Tampa, for Appellant.

Janet W. Adams, John W. Keller, IV, and
Thomas L. Schieffelin, of Adams, Hall,
Schieffelin, & Smith, P.A., Winter Park, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.